Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

*Plaintiff*

NORTH COUNTY COMMUNICATIONS CORPORATION *A California Corporation*

vs

See "Attachment A."

*Defendant*

FILED
2008 AUG 18 PM 4: 21
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

SUMMONS IN A CIVIL ACTION
Case No. **'08 CV 1518 BEN BLM**

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Joseph G. Dicks, Esq.
Dicks & Workman, APC
750 B Street, Suite 2720
San Diego, CA  92101

An answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK
K. HAMNERLY

By _____, Deputy Clerk

AUG 18 2008
DATE

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

**ORIGINAL**

**ATTACHMENT A**
**TO SUMMONS IN A CIVIL ACTION**

*Defendant*

VERIZON SELECT SERVICES, INC., a Delaware corporation; VERIZON BUSINESS NETWORK SERVICES, INC., a Delaware corporation; VERIZON GLOBAL NETWORKS, INC., a Delaware corporation; and VERIZON BUSINESS GLOBAL LLC dba VERIZON BUSINESS, MCI, SKYTEL, UUNET, TTI NATIONAL, INTERMEDIA, and TELECOM USA, a Delaware limited liability company